UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FERNESSIA R. L.,

                              Plaintiff,               STIPULATION AND ORDER

        v.                                           6:24-cv-00995-AMN-ML

LELAND DUDEK[1],
*Acting Commissioner of Social Security*,

                             Defendant.
------------------------------------------------------------x

       This matter having been opened to the Court by DANIEL HANLON, United States Attorney for the Northern District of New York, and Fergus Kaiser, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, including offering Plaintiff the opportunity for a new hearing, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the parties having consented to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court having considered the matter,

IT IS on this    5th                    day of    March                , 2025 ;

       ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

_____
Hon. Anne M. Nardacci
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: New York, New York
February 27, 2025

                                            DANIEL HALON
                                            United States Attorney

                            By:      /s/ Fergus Kaiser_____
                                       Fergus Kaiser
                                       Special Assistant United States Attorney
                                       c/o Social Security Administration
                                       Office of the General Counsel
                                       6401 Security Boulevard
                                       Baltimore, MD 21235
                                       212-264-2049
                                       Email: fergus.kaiser@ssa.gov

Dated: Amherst, New York
February 27, 2025

                                            Hiller Comerford Injury & Disability Law
                                            *Attorney for Plaintiff*

                            By:      /s/ Mary Ellen Gill_____
                                       Mary Ellen Gill
                                       Hiller Comerford Injury & Disability Law
                                       6000 North Bailey Avenue - Suite 1a
                                       Amherst, NY 14226
                                       716-564-3288
                                       Fax: 716-332-1884
                                       Email: megill@hillercomerford.com